# Court of Appeals
# of the State of Georgia

ATLANTA,  July 30, 2021

*The Court of Appeals hereby passes the following order:*

**A22E0004.  COLIN DUBE v. LESLIE WASHINGTON.**

Colin Dube has filed an emergency motion asking this court to issue an order staying the enforcement of two trial court orders entered in case number 2017CV293704 in the Superior Court of Fulton County - an order granting motion for return of minor child and a scheduling order.

Upon consideration of this motion, it is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office,*
Atlanta,  07/30/2021

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*